UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-9294 MWF (JPRx)** | Date: January 28, 2022 |
| Title | **Teamsters Local 630 v. West Central Produce, Inc.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Petition to Confirm Arbitration Award was filed on November 30, 2021. (Docket No. 1). On December 10, 2021, Plaintiff filed a Proof of Service.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 11, 2022**.

- ■ BY DEFENDANT: RESPONSE TO THE PETITION or an appropriate stipulation to extend the time within which Defendant must respond to the Petition.

    OR

- ■ BY PLAINTIFF: APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **February 11, 2022** will result in the dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9294 MWF (JPRx)**                                    Date:  January 28, 2022

Title        **Teamsters Local 630 v. West Central Produce, Inc.**

    IT IS SO ORDERED.

    Initials of Preparer:  RS/sjm