J S - 6

1

2

3                    **UNITED STATES DISTRICT COURT**

4          **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

5

6   TEAMSTERS LOCAL 630,                ) Case No. 2:21-cv-09294 MWF (JPRx)
                                        )
7              Petitioner,              ) **JUDGMENT CONFIRMING**
                                        ) **ARBITRATION AWARD ISSUED BY**
8         vs.                           ) **ARBITRATOR SARA ADLER IN**
                                        ) **FAVOR OF TEAMSTERS LOCAL 630**
9                                       ) **AND AGAINST WEST CENTRAL**
10  WEST CENTRAL PRODUCE dba            ) **PRODUCE dba WEST CENTRAL**
    WEST CENTRAL FOODSERVICE,           ) **FOODSERVICE**
11                                      )
                                        )
12             Respondent.              )
                                        )
13                                      )
                                        )
14                                      )
                                        )
15                                      )
                                        )
16                                      )

17

18

19

20

21

22

23

24

25

26

27

28

---

                          **JUDGMENT**

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Court Judge, of the above-entitled Court, pursuant to Petitioner Teamsters Local 630's ("Petitioner") Motion for Default Judgment against West Central Produce dba West Central Foodservice ("Respondent").

IT IS HEREBY ORDERED that the Award issued by Arbitrator Sara Adler in favor of the Petitioner and against Respondent is hereby confirmed and enforced in its entirety. The Respondent shall fully comply with the Award, including paying $318,871.15.

IT IS FURTHER ORDERED that pursuant to California Civil Code section 3289(b), the Respondent must pay an interest at a rate of ten (10) percent per annum from the date of the Award, September 22, 2021, until full satisfaction of the arbitration award.

IT IS FURTHER ORDERED that Petitioner is awarded attorneys' fees against Respondent in the amount of $13,235.60.

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure Rule 54(d)(1), Petitioner is awarded costs against Respondent in the amount of $1,509.87.

IT IS FURTHER ORDERED that Teamsters Local 630 has a judgment against West Central Produce dba West Central Foodservice. The Court retains jurisdiction for purposes of confirming and enforcing the award made by the Arbitrator.

IT IS SO ADJUDGED.

DATE: December 5, 2022

_____
Honorable Michael W. Fitzgerald
United States District Court Judge

2

**JUDGMENT**